RECEIVED
IN LAKE CHARLES, LA

MAR 24 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | |
|---|---|
| **SIDNEY MARTS** | CIVIL ACTION NO. 05-1599-LC |
| VS. | SECTION P |
| **JAMES LeBLANC, WARDEN** | JUDGE MINALDI |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* be **DISMISSED WITHOUT PREJUDICE** for failing to exhaust available state remedies.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___23___ day of ___March___, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE